# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>JOSE EDGAR GARCIA-ROBLES )<br>aka JOSE EDGAR ROBLES GARCIA )<br>aka JOSE EDGAR GARCIA, )<br>    Defendant ) | CRIMINAL NO.: 18-00059-KD-N |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 23) and without any objection having been filed by the parties, Defendant **JOSE EDGAR GARCIA-ROBLES aka JOSE EDGAR ROBLES GARCIA aka JOSE EDGAR GARCIA'S** plea of guilty to Count One of the Indictment is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **Friday, August 17, 2018 at 10:00 a.m.,** under separate order.

**DONE** and **ORDERED** this 7th day of June 2018.

                                              /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**